# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LOPEZ,<br>　　　　Plaintiff,<br>　　v.<br>JP MORGAN CHASE BANK, N.A., et al.,<br>　　　　Defendants. | Case No. 17-cv-00758-NC<br><br>**ORDER TO SHOW CAUSE** |

Defendants Federal National Mortgage Association ("Fannie Mae") and JP Morgan Chase Bank, N.A. moved to dismiss plaintiff Rene Lopez's complaint for failure to state a claim under FRCP 12(b)(6). Dkt. Nos. 15, 24. The response to Fannie Mae's motion was due June 29, 2017, and the response to JP Morgan's motion was due August 4, 2017. Lopez has not filed a response to either.

Thus, the Court ORDERS Lopez to show cause why the action should not be dismissed for failure to prosecute. Lopez must respond to this order within 14 days, by August 21, 2017, indicating his intent to prosecute his claims and responding to the motions to dismiss.

**IT IS SO ORDERED.**

Dated: August 7, 2017　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge