MICHAEL LUU, BAR NO. 177818
LAW OFFICES OF MICHAEL LUU
2060 Aborn Road, Suite 240
San Jose, California 95121

(408) 425-6221 tel
(408) 270-2405 fax


ATTORNEY FOR PLAINTIFF
Rene Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENE LOPEZ, | CASE NO. 5:17-CV-00758-NC |
| PLAINTIFF, | |
| V. | DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |
| J. P. MORGAN CHASE BANK, ET AL. | |
| DEFENDANTS. | |

The plaintiff's complaint is hereby dismissed without prejudice.

Date: August 15, 2017

GRANTED

Judge Nathanael M. Cousins

-1-